

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00648-CR

**EX PARTE** Jose Armando **CALVILLO ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 12209CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Delivered and Filed: November 27, 2024

DISMISSED

  Appellant Jose Armando Calvillo Ortiz has filed a motion to dismiss his appeal. *See* TEX.
R. APP. P. 42.2(a). The motion, signed by Calvillo Ortiz and his counsel, complies with Texas
Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

  Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other
pending motions as moot.

           PER CURIAM

DO NOT PUBLISH